So Ordered.

Signed this 13 day of December, 2019.

_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RE:   Martina M. Schmitt                         Bankruptcy No. 18-11016
                                                    Chapter 13

**Debtor**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITHOUT PREJUDICE

A Motion to Dismiss having been filed by the Internal Revenue Service ("Service") (Dkt. Nos. 76-77), pursuant to 11 U.S.C §§1307(e) and 1308(a), and this default motion having been scheduled for a regularly scheduled motion day on December 5, 2019, in Albany, New York,

Now on consideration of the papers submitted in support of the Service's Motion to Dismiss,

IT IS HEREBY ORDERED, that pursuant to 11 U.S.C §§1307(e) and 1308(a), the

Service's Motion is granted and debtor's Chapter 13 case is hereby dismissed without prejudice.

following the entry of this Order of Dismissal.